IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00008-MSK-MJW

CHUAN JIANG, A98 522 845,

       Petitioner,

v.

ALBERTO GONZALEZ, Attorney General of the United States of America,
DEPARTMENT OF HOMELAND SECURITY,
MICHAEL CHERTOFF, Secretary, Department of Homeland Security,
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,
EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services,
UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES
  NEBRASKA SERVICE CENTER,
GERARD HEINAURER, Director, USCIS Nebraska Service Center,
ROBERT S. MUELLER, Director, Federal Bureau of Investigation,
FEDERAL BUREAU OF INVESTIGATION, and
THE UNITED STATES OF AMERICA,

       Respondents.

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR

       The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **Thursday, March 22, 2007 at 9:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The matter is set for a non-evidentiary hearing of not more than 15 minutes. Counsel shall *bring their calendars.*

       The parties shall be prepared to address the scheduling of subsequent proceedings in this case.

Dated this 5th day of January, 2007

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge