IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00008-MSK-MJW

CHUAN JIANG, A98 522 845,

      Petitioner,

v.

ALBERTO GONZALEZ, Attorney General of the United States of America,
DEPARTMENT OF HOMELAND SECURITY,
MICHAEL CHERTOFF, Secretary, Department of Homeland Security,
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,
EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services,
UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES
  NEBRASKA SERVICE CENTER,
GERARD HEINAURER, Director, USCIS Nebraska Service Center,
ROBERT S. MUELLER, Director, Federal Bureau of Investigation,
FEDERAL BUREAU OF INVESTIGATION, and
THE UNITED STATES OF AMERICA,

      Respondents.

## ORDER RESETTING HEARING

Due to a scheduling conflict,

**IT IS ORDERED** that the hearing scheduled to commence on March 22, 2007 is **VACATED** and **RESET** to **April 23, 2007 at 2:45 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 27th day of February, 2007

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge