IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00008-MSK

CHUAN JIANG, (A#98 522 845)

    Plaintiff,

v.

ALBERTO GONZALES, *et. al,*

    Defendants.
_____

### ORDER RE PLAINTIFF'S MOTION TO DISMISS ALL CLAIMS
_____

    Pursuant to Plaintiff's Unopposed Motion to Dismiss (Motion) **(#17)** all claims against the above named Defendants in the above referenced action, it is therefore

    **ORDERED** that the Motion is **GRANTED** and the claims against all Defendants are dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

    DATED this 28th day of February, 2008.

                                        **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge